# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Petitioner ) ) ) v. ) ) ) The FEDERAL AVIATION ) ADMINISTRATION, MICHAEL P. ) HUERTA, in his official capacity as ) Administrator of the Federal Aviation ) Administration, and ANTHONY R. FOXX, ) in his official capacity as United States ) Secretary of Transportation, ) ) ) Respondents ) | Case No. 16-1297 |

## STATEMENT OF INTENT NOT TO UTILIZE DEFERRED JOINT APPENDIX

I hereby certify on the 26th day of September, 2016, that a deferred joint appendix will not be utilized in this matter. The final joint appendix will be filed with the appellant's opening brief as required by the Federal Rules of Appellate Procedure and the D.C. Cir. Rules.

/s/ Marc Rotenberg
Marc Rotenberg
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I, Marc Rotenberg, hereby certify that on September 26, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Abby C. Wright
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 7252
Washington, D.C. 20530-0001
Tel. (202) 514-0664
Abby.Wright@usdoj.gov

                                                  _/s/ Marc Rotenberg_
                                                  Marc Rotenberg
                                                  *Counsel for Appellant*